**Order entered April 10, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

---
### No. 05-13-00170-CV
---

**ERIC DRAKE, Appellant**

**V.**

**CARMEN SIFUENTES, CONSUMERS COUNTY MUTUAL INSURANCE, Appellees**

---
### No. 05-13-00871-CV
---

**ERIC DRAKE, Appellant**

**V.**

**TRAVELERS INDEMNITY COMPANY, ET AL., Appellees**

---
### No. 05-13-00894-CV
---

**ERIC DRAKE, Appellant**

**V.**

**KRISTINA KASTL, Appellee**

---
### No. 05-13-01520-CV
---

**ERIC DRAKE, Appellant**

**V.**

**TRAVELERS INDEMNITY COMPANY, ET AL., Appellees**

No. 05-14-00355-CV

**ERIC DRAKE, Appellant**

**V.**

**STEPHEN WALKER, ET AL., Appellees**

## ORDER

Before the Court En Banc

The Court **DENIES** appellant's April 9, 2015 "Motion to Recuse and Disqualify."

To the extent appellant's motion can be construed as an objection to Justice O'Neill sitting as a visiting justice, we **OVERRULE** the objection as untimely. *See* TEX. GOV'T CODE ANN. § 75.551(c) (West 2013).

We further **OVERRULE** appellant's objection to the submission of the appeals without oral argument.

/s/     CAROLYN WRIGHT
        CHIEF JUSTICE